# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 JUL 16 AM 10:50

**Steven A. Jones Jr**

_Write the full name of each plaintiff or petitioner._

Case No. 20 cv 8542 (PMH)

-against-

**Westchester County, Joseph K. Spano, George Latimer, Herbert Stoddard, Wellpath**

_Write the full name of each defendant or respondent._

NOTICE OF MOTION

PLEASE TAKE NOTICE that **Plaintiff** **Steven A. Jones Jr**
(plaintiff or defendant) (name of party who is making the motion)

requests that the Court: Allow Plaintiff foil video footage from Housing Unit 2NW from 3-7-20 – 4-20-20 and to collect all supp[...] Allow Plaintiff to Ame[nd...]

_Briefly describe what you want the court to do. You s[hould include] the statute under which you are making the motion, [...]_

> To the extent that plaintiff seeks leave to file an amended complaint and requests the production of certain video footage and other discovery, defendants are directed to serve and file a letter setting forth their position by 7/27/2021. The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 20, 2021

In support of this motion, I submit the foll[owing:]
☑ a memorandum of law
☑ my own declaration, affirmation, or aff[idavit]
☑ the following additional documents:

20cv8542

Dated: 6-26-2021

Signature: _Steven Jones Jr_

Name: Steven A. Jones Jr

Prison Identification #: 204295

Address: 10 Wood Road
City: Valhalla
State: New York
Zip Code: 10595

Telephone Number (if available)
E-mail Address (if available)

SDNY Rev: 5/24/2016