UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STEVEN A. JONES, JR.,

                         Plaintiff,

v.

WESTCHESTER COUNTY DEPARTMENT OF
CORRECTIONS, et al.,

                        Defendants.
-------------------------------------------------------X

**ORDER**

20-CV-8542 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 15, 2021, Plaintiff filed a Notice of Motion to Amend/Correct Complaint and for an Order directing production of certain video footage. (Doc. 26). On July 20, 2021, the Court issued an Order directing defendants to serve and file a letter setting forth their position to Plaintiff's request to the extent he sought leave to file an amended complaint and for the production of discovery. (Doc. 28). Defendants letter was due by July 27, 2021, but no such letter appears on the docket.

Accordingly, the Court *sua sponte* extends the time for Defendants to file their letter, and directs Defendants to serve and file the letter by August 3, 2021.

The Clerk of the Court is requested to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: White Plains, New York
       July 29, 2021

_____
Philip M. Halpern
United States District Judge