UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2021 JUL 16 AM 10:50

STEVEN A. Jones JR

Write the full name of each plaintiff or petitioner.

Case No. 20 CV 8542 (PMH)

-against-

Westchester County, Joseph K. Spano
George Latimer, Herbert Stoddard, WellPath

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that __Plaintiff__ __Steven A. Jones JR__
                        plaintiff or defendant    name of party who is making the motion

requests that the Court: Allow Plai[ntiff]
From Housing Unit 2NW F[...]
and To Collect all Suppo[rt...]
Allow Plaintiff To Amen[d...]

Briefly describe what you want the court to do. You sho[uld include]
the statute under which you are making the motion, if y[ou know it.]

In support of this motion, I submit the follo[wing:]
☑ a memorandum of law
☑ my own declaration, affirmation, or affi[davit]
☑ the following additional documents: Jo[...]

20cv8542

6-26-2021
Dated

Steven A. Jones JR
Name

10 Wood Road          Valhalla        New York    10595
Address                City            State       Zip Code

Telephone Number (if available)       E-mail Address (if available)

---

**[Order overlay:]**

Plaintiff's motion is granted in part and denied in part.

In light of defendant's letter consenting to plaintiff's filing an amended complaint (Doc. 31), plaintiff's request is granted pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiff shall file his Amended Complaint by 8/20/2021.

With respect to Plaintiff's request for the production of certain video footage, the request is denied without prejudice as premature.

The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff.

SO ORDERED.

/s/ Philip M. Halpern
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       July 30, 2021

Prison Identification # (if incarcerated): 204293

SDNY Rev: 5/24/2016