UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

STEVEN A. JONES, JR.,

                         Plaintiff,

v.

WESTCHESTER COUNTY DEPARTMENT OF
CORRECTIONS, et al.,

                         Defendants.

--------------------------------------------------------X

**<u>ORDER</u>**

20-CV-8542 (PMH)

PHILIP M. HALPERN, United States District Judge:

On July 15, 2021, Plaintiff filed a Notice of Motion to *inter alia*, file an amended complaint. (Doc. 26). On July 30, 2021, in light of Defendants' consent (Doc. 31), the Court granted plaintiff's request to file an amended complaint and directed that he so file by August 20, 2021 (Doc. 32). The docket indicates that a copy of the Court's July 30, 2021 Order was mailed to Plaintiff. However, Plaintiff has not filed an amended complaint nor has he requested an extension of time in which to do so. Accordingly, the Court deems the Complaint (Doc. 2) to be the operative complaint in this action. Defendants' answer or pre-motion letter is due September 17, 2021.

The Clerk of the Court is requested to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: White Plains, New York
       September 3, 2021

                                     _____
                                     Philip M. Halpern
                                     United States District Judge