UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN A. JONES, JR.,

                Plaintiff,

-against-

WESTCHESTER COUNTY, et al.,

                Defendants.

ORDER

20-CV-08542 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    On January 7, 2022, Defendants moved to dismiss Plaintiff's Amended Complaint. (Docs. 47, 48, 50). Pursuant to the Court's November 29, 2021 Order, Plaintiff's opposition to Defendants' motions to dismiss was due by February 7, 2022. (Doc. 46). To date, Plaintiff has not filed opposition to the motions or sought any extension of time to do so.

    The Court *sua sponte* extends Plaintiff's time to oppose the motions to dismiss to March 18, 2022. Defendants' reply, if any, is due April 1, 2022.

    **If Plaintiff fails to file his opposition by March 18, 2022, the motions will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at the address on the docket.

Dated: White Plains, New York
       February 18, 2022

SO ORDERED:

_____
Philip M. Halpern
United States District Judge