**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

STEVEN A. JONES, JR.,

Plaintiff,

-against-

20 **CIVIL** 8542 (PMH)

**JUDGMENT**

WESTCHESTER COUNTY, et al.,

Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated May 4, 2022, Defendants' motion to

dismiss is GRANTED and Plaintiff's claims against them are DISMISSED. Defendant Stoddard

is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental

jurisdiction over Plaintiff's state law claims to the extent any such claims are asserted. Although

"courts generally grant a pro se plaintiff leave to amend a complaint to cure its

shortcomings,...leave to amend may be denied if the plaintiff has already been given an

opportunity to amend but has failed to cure the complaint's deficiencies." Michel v. Orange Cty.,

New York, No. 21-CV-09406, 2022 WL 103581, at *3 (S.D.N.Y. Jan. 11, 2022). Moreover,

leave to amend is not necessary when it would be futile." Reed v. Friedman Mgt. Corp., 541 F.

Appx 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)).

Having been given the opportunity to cure the original complaints various deficiencies, and

having failed to do so, the Court has dismissed the claims alleged in the Amended Complaint

with prejudice as any amendment would be futile. The Court certifies under 28 U.S.C. §

1915(a)(3) that any appeal from the Memorandum Opinion and Order would not be taken in

good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf.

Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:**  New York, New York

      May 4, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

_____

**Deputy Clerk**